## IIN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF GEORGIA
## COLUMBUS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**BERNARD BRONSON** | **Case No.: 4:22-CR-0022-CDL-MSH-1** |

## ORDER

Defendant was indicted on October 11, 2022, ECF. 1, and arraigned on December 21, 2022, ECF Text Entry. A Pre-Trial Conference is currently scheduled for January 24, 2023. Defendant requests a continuance and the government does not oppose. Specifically, Defendant needs additional time to research and review the Government's Notice of Qualifying Convictions Under 18 U.S.C. §924(e), review discovery, and negotiate a potential resolution with the Government.

IT IS HEREBY ORDERED that the above-referenced matter be continued to next term of Court set for September 2023 term, and that the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. § 3161(c)(1) be extended to that time. The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the Defendant in a speedy trial because a failure to grant such continuance could result in a miscarriage of justice and would deny counsel for the Defendant and Government the reasonable time necessary for effective preparation. 18 U.S.C. §§ 3161(h)(7)(A)-(B). The delay occasioned by this continuance shall not be considered in calculating the speedy trial deadline under the Speedy Trial Act.

SO ORDERED, this 17th day of January, 2023.

S/Clay D. Land
Clay D. Land, U.S. District Judge